# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **LESLIE L. SANDER** ) | |
| ) | C. A. No. 10-684 (LPS) |
| Plaintiff, ) | |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| **LIGHT ACTION, INC.** ) | |
| ) | |
| Defendant. ) | |

### PLAINTIFF LESLIE SANDER'S ANSWERING MEMORANDUM IN RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT

Plaintiff Leslie Sander files this brief Memorandum requesting that the Court deny Defendant's Motion for Summary Judgment for the reasons that follow:

1. Defendant wrongly asserts that there were no deductions taken for missed time from the $60,000 base pay. Plaintiff denies that that no deductions were taken. See Plaintiff's Affidavit attached hereto as Exhibit A. Indeed, as was stated in Plaintiff's Motion for Summary Judgment, Defendant's Vice President Paula DeLuca admitted that partial-day deductions were taken from Plaintiff's base pay. See paragraph 7 of Plaintiff's Opening Memorandum. D.I. # 46. Further, Defendant advised Plaintiff that her annual compensation was not $60,000 but $74,392.50 as set forth in paragraph 2 of Plaintiff's Opening Memorandum.

2. Counsel for Plaintiff agrees that paragraphs 41 and 42 of the Amended Complaint (D.I. # 12) were in error by claiming that the retaliation leading to Plaintiff's employment was related to discrimination. However, it is quite clear that paragraph 42(a) related to the retaliation in response to Plaintiff's claims that Defendant failed to pay overtime properly pursuant to the FLSA.

3. Defendant failed to question Plaintiff at her deposition regarding her FLSA retaliation allegations set forth in paragraphs 42(a), 43 and 44. See Affidavit of Plaintiff attached hereto as Exhibit A.

4. Plaintiff avers that her termination was pretextural and was rather caused by retaliation for her assertions of pay improprieties contrary to the FLSA. See Exhibit A.

WHEREFORE, Plaintiff respectfully requests that Defendant's Motion for Summary Judgment be denied.

**MARTIN & ASSOCIATES, P.A.**

_____
JEFFREY K. MARTIN   #2407
1508 Pennsylvania Avenue
Wilmington, DE 19806
302-777-4680
jmartin@martinandassociatespa.com
*Attorney for Plaintiff*

Dated: January 3, 2012

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LESLIE L. SANDER | ) | |
| | ) | C. A. No. 10-684 (LPS) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| LIGHT ACTION, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## AFFIDAVIT OF LESLIE L. SANDER

State of Delaware
        SS: Wilmington
County of New Castle

I, Leslie L. Sander, being duly sworn according to law, hereby depose and say as follows:

1. I am Plaintiff in the above-captioned matter and was an employee of Defendant Light Action who complained to management that I was not receiving all overtime compensation due me.

2. On May 18, 2010, approximately one week before my termination from employment, I consulted an attorney regarding wage payment matters, and, in particular, my employer's failure to pay overtime compensation due to me under the Fair Labor Standards Act ("FLSA").

3. I advised Vice President Paula DeLuca that I was consulting an attorney about my employer's failure to pay overtime compensation and other improper payment practices.

Exhibit A

4. My employer was deducting hours from my base pay when I failed to work on the premises for more than 40 hours during the week.

5. I believe that the reasons stated for my termination were pretext and that the real reason for my termination was retaliation for my complaints about my employer's failure to pay me all the overtime compensation I was due.

6. I was deposed by defense counsel for several hours on June 28, 2011 and during the deposition I was not questioned about the allegation in paragraph 42(a) of the Complaint wherein I alleged that Defendant "consequently terminated Plaintiff after she sought legal counsel and began questioning Light Action exemption policies."

## ATTESTATION

I have read the above and it is true and accurate to the best of my knowledge, information and belief.

_____
Leslie L. Sander, Plaintiff
Dated: January 3, 2012


State of Delaware
                SS: Wilmington
County of New Castle

I hereby certify that on this ___3rd___ day of January, 2012, before me, a Notary Public of the State of Delaware, County of New Castle, personally appeared Leslie L. Sander, Plaintiff in the above captioned matter, known to me to be the person whose name is subscribed to the within instrument and acknowledged that she executed the same for the purpose therein contained.

In witness whereof I hereunto set my hand and official seal.

_____
Name: MELISSA MCLAUGHLIN
Notary Public  EXP 5-4-12

2